IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

IN RE:    BRANDON K. JANEWAY          #10-34918-SHB
          APRIL L. JANEWAY            Chapter 13

MOTION FOR ORDER DECLARING MORTGAGE LOAN CURRENT

     The Chapter 13 Trustee having issued a Notice of Final Cure Payment to Regions Mortgage on October 15, 2015 per Federal Bankruptcy Rule 3002.1(f); and a response having been filed in agreement with the Notice as required by Federal Bankruptcy Rule 3002.1(g), the Chapter 13 Trustee pursuant to Federal Bankruptcy Rule 3002.1(h) hereby moves the Court for an Order declaring the mortgage loan serviced by Regions Mortgage, Inc. current through the month of October 2015.

                                Respectfully submitted,

                                /s/Gwendolyn M. Kerney, w/perm rhr
                                GWENDOLYN M. KERNEY, #07280
                                Chapter 13 Trustee
                                PO Box 228
                                Knoxville, TN  37901
                                (865) 524-4995

# CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of this Motion for Order Declaring Mortgage Loan Current and Proposed Order have been serviced by electronic mail and/or by first class United States mail postage prepaid on the following individuals as addressed below this 29th day of October 2015.

/s/Gwendolyn M. Kerney, w/perm rhr
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995


Brandon K. Janeway
April L. Janeway
1035 Little Valley Road
Maynardville, TN  37807

Melissa Wortley Lawing
Attorney At Law
3715 Powers Street
Knoxville, TN  37917-


United States Trustee
800 Market Street Suite 114
Knoxville, TN  37902


| | |
|---|---|
| Regions Mortgage<br>Po Box 1860<br>Memphis, TN  38101 | Regions Mortgage<br>7130 Goodlett Farms Parkway<br>Cordova, TN  38016 |
| Bonnie S. Culp<br>Shapiro & Ingle, LLP<br>10130 Perimeter Parkway, Ste. 400<br>Charlotte, NC  28216 | Sharon N. Fewell<br>Shapiro & Kirsch<br>555 Perkins Extended, 2nd Floor<br>Memphis, TN  38117 |